No. 90–7456. LaNave v. Minnesota Supreme Court. C. A. 8th Cir. Certiorari denied.

No. 90–7460. Vicks v. Ratelle, Warden. C. A. 9th Cir. Certiorari denied.

No. 90–7462. Gorelik v. NI Industries, Inc., et al. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 90–7465. Peterson v. Chrans, Warden, et al. C. A. 7th Cir. Certiorari denied.

No. 90–7467. Smith v. Allen, Commissioner, Maine Department of Corrections. C. A. 1st Cir. Certiorari denied.

No. 90–7471. Orr v. United States. C. A. 11th Cir. Certiorari denied.

No. 90–7473. Demos v. United States. C. A. 9th Cir. Certiorari denied.

No. 90–7474. Butcher v. Fishman et al. C. A. 6th Cir. Certiorari denied.

No. 90–7478. Williams v. Armontrout, Warden. C. A. 8th Cir. Certiorari denied.

No. 90–7484. Coleman v. Dunbarton Oaks Apartments et al. C. A. 3d Cir. Certiorari denied.

No. 90–7486. Snyder v. Bornstein et al. C. A. 1st Cir. Certiorari denied.

No. 90–7489. Waits v. Kwikway Stores, Inc. C. A. 10th Cir. Certiorari denied.

No. 90–7490. Bridges v. Spiller-Bridges. Super. Ct. DeKalb County, Ga. Certiorari denied.

No. 90–7493. Yielding v. New Jersey. Super. Ct. N. J., App. Div. Certiorari denied.

No. 90–7494. Coston v. Zimmerman, Superintendent, State Correctional Institute at Waymart, et al. C. A. 3d Cir. Certiorari denied.